UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
Donald Williams,

                                         Plaintiff,      **JURY VERDICT FORM**

    -against-                                         Case No. 06-6601 (TLM)

City of New York et al.,

                                         Defendants,
-------------------------------------------------------------- X

## JURY VERDICT FORM

**1a.**    **Do you find in favor of the plaintiff on his excessive force claim as to either of the defendants?**

| | | |
|---|---|---|
| Lieutenant Gary Messina | ____ Yes | ✓ No |
| Officer John Occhipinti | ____ Yes | ✓ No |

*If you answered "No" to Question 1a as to both defendants, proceed to Question 2a. If you answered "Yes" to Question 1a as to either defendant, answer Questions 1b and 1c and then proceed to Question 2a.*

    **1b.**    **What amount of compensatory or nominal damages do you award to plaintiff under his excessive force claim?**

            $ _____

    **1c.**    **Do you find by a preponderance of the evidence that the defendants could have reasonably believed that plaintiff was reaching for a weapon in his back pocket when they were speaking with him during the encounter in the lobby?**

| | | |
|---|---|---|
| Lieutenant Gary Messina | ____ Yes | ____ No |
| Officer John Occhipinti | ____ Yes | ____ No |

**2a.**    **Do you find in favor of the plaintiff on his false arrest claim as to either of the defendants?**

| | | |
|---|---|---|
| Lieutenant Gary Messina | ✓ Yes | ____ No |
| Officer John Occhipinti | ✓ Yes | ____ No |

1

COURT'S EXHIBIT NO. 4 IDENTIFICATION/EVIDENCE DKT.# 06CV6601 DATE: 8-11-11

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ AUG 11 2011 ★ BROOKLYN OFFICE

*If you answered "No" to Question 2a as to both defendants, stop; you have reached a verdict. Please have the foreperson date and sign the verdict sheet and tell the Court Security Officer you have reached a verdict. If you answered "Yes" to Question 2a as to either defendant, answer Questions 2b, 2c, and 2d.*

    **2b.** **What amount of compensatory damages do you award to plaintiff under his false arrest claim?**

        $ __NONE__

    **2c.** **Do you find by a preponderance of the evidence that the plaintiff failed to give to either defendant a reasonably believable explanation for his presence in the apartment building?**

        __✓__ Yes        ____ No

    **2d.** **Do you find by a preponderance of the evidence that the plaintiff disregarded an order to remove his hand from his back pocket?**

        __✓__ Yes        ____ No

*Please have the foreperson date and sign the verdict sheet and tell the Court Security Officer you have reached a verdict.*

                                        _[signature]_
                                        FOREPERSON

August ___, 2011
Brooklyn, NY

2